G. F. HEUBLEIN, INC., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 13125. Promulgated October 10, 1928.

*Benedict M. Holden, Esq.*, and *T. J. Birmingham, Esq.*, for the petitioner.

*J. E. Marshall, Esq.*, and *Maurice Parshall, Esq.*, for the respondent.

OPINION.

TRAMMELL: The only question involved in this case is what was the March 1, 1913, value of the property which was sold in 1920 for

$180,000. From all the testimony introduced we are convinced that the March 1, 1913, value was at least $175,000 as claimed by the petitioner. There was no other controversy in the case.

*Judgment will be entered under Rule 50.*